

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00403-CR

**EX PARTE ROBERTO GOMEZ**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4115
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT.

SIGNED October 5, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice